UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FAIRFIELD INDUSTRIES, INC. d/b/a FAIRFIELDNODAL | * * * | CIVIL ACTION |
| v. | * * | NO: 4:12-cv-02665 |
| EL PASO E&P COMPANY, L.P. | * * | JUDGE GILMORE |
| | * | *UNOPPOSED MOTION* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the foregoing Fairfield's Unopposed Motion for Extension of Time to File Memorandum in Opposition to EP Energy's Motion for Judgment on Pleadings;

IT IS HEREBY ORDERED that the motion is granted and that the deadline for Fairfield Industries, Inc. to file its memorandum in opposition to EP Energy's Motion for Judgment on Pleadings (R. Doc. 50) is hereby extended to February 28, 2013.

Signed this 31st day of Jan, 2013 in Houston, Texas.

UNITED STATES MAGISTRATE JUDGE
**MARY MILLOY**
U.S. Magistrate Judge

1